FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0521

---

JUNKERMIER, CLARK, CAMPANELLA,
STEVENS, P.C., a Montana Professional Corporation,

      Plaintiff and Appellee,

    v.

TERRY ALBORN, PAUL UITHOVEN, CHRISTINA
RIEKENBERG, JOE BATESON, and SHERM
VELTKAMP,

      Defendants and Appellants.

O R D E R

---

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020